UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA RIVERA,

          Plaintiff,

v.                                                Case No: 8:11-CV-2678-T-27TBM

LABORATORY CORPORATION OF
AMERICA, a Delaware corporation
d/b/a LABCORP

          Defendant.
_____/

## ORDER OF RECUSAL

**PURSUANT TO** Canon 3(C) of the Code of Conduct for United States Judges and the Committee on Codes of Conduct Advisory Opinion No. 58[1], it is

**ORDERED** that the undersigned recuses himself from the above-styled cause and the Clerk is directed to reassign it in accordance with established procedures.

**DONE AND ORDERED** at Tampa, Florida, on this 4th day of January, 2012.

                                                            JAMES D. WHITTEMORE
                                                            United States District Judge

**Copies to:**
Counsel of record

---

[1] Advisory Opinion No. 58 states in pertinent part, "If the relative participates in the representation of a party in a case before the judge or is an equity partner in a law firm which represents a party, a judge **must** recuse." (emphasis added).